## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CARD ISLE CORPORATION,

                    Plaintiff,

        v.

TARIQ FARID; EDIBLE
ARRANGEMENTS, LLC; and
NETSOLACE, INC.,

                    Defendants.

Civil Action No. 1:21-cv-01971-TWT

### CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on September 3, 2021, I served a true and correct copy

of **DEFENDANT NETSOLACE'S FIRST REQUEST FOR PRODUCTION**

**OF DOCUMENTS TO PLAINTIFF CARD ISLE CORPORATION** by

electronic mail *per agreement of counsel* to the following attorneys of record:

Matthew R. Rosenkoff
Taylor English Duma, LLP
1600 Parkwood Circle SE, Suite 400
Atlanta, GA 30339
Email: mrosenkoff@taylorenglish.com

Anders L. Sandler
Christopher L. McCall
Rebecca Guiterman

#3286406v1

Mitchell Sandler LLC
1120 20th Street, N.W., Suite 725
Washington, DC 20036
asandler@mitchellsandler.com
cmcall@mitchellsandler.com
rguiterman@mitchellsandler.com

*/s/Jason J. Carter*
Jason J. Carter (Ga. Bar No. 141669)
Solesse L. Altman (Ga. Bar No. 442827)
BONDURANT, MIXSON & ELMORE, LLP
1201 W Peachtree St NW
Suite 3900
Atlanta, GA  30309-3417
Phone: 404-881-4100
Fax: 404-881-4111
carter@bmelaw.com
altman@bmelaw.com

**Attorneys for Defendants**

#3286406v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2021, I electronically filed the

foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of

Court using the CM/ECF system, which will automatically send email notification

of such filing to the following attorneys of record:

 Matthew R. Rosenkoff
 Taylor English Duma, LLP
 1600 Parkwood Circle SE, Suite 400
 Atlanta, GA 30339
 Email: mrosenkoff@taylorenglish.com

 Andrew L. Sandler
 Christopher L. McCall
 Rebecca Guiterman
 Mitchell Sandler LLC
 1120 20th Street, N.W., Suite 725
 Washington, DC 20036
 asandler@mitchellsandler.com
 cmcall@mitchellsandler.com
 rguiterman@mitchellsandler.com

This 3rd day of September, 2021.

     */s/Jason J. Carter*
     Jason J. Carter
     Ga. Bar No. 141669

#3286406v1