IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARD ISLE CORPORATION,

    Plaintiff,

      v.

TARIQ FARID, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:21-CV-1971-TWT

# ORDER

This is a case involving the alleged theft of trade secrets, copyright infringement, and breach of contract. It is before the Court on the Defendants' Motion to Exclude Daniel Steinbrook [Doc. 131] and the Plaintiff's Motion to Exclude the Expert Reports and Testimony of Alessandro Orso and Joseph Lesovitz [Doc. 138]. The testimony of these experts are directed almost exclusively to the Plaintiff's claims for misappropriation of trade secrets, copyright infringement and recovery of lost profits. The Court has granted the Defendants' Motion for Summary Judgment as to these claims. Therefore, the Defendants' Motion to Exclude Daniel Steinbrook [Doc. 131] and the Plaintiff's Motion to Exclude the Expert Reports and Testimony of Alessandro Orso and Joseph Lesovitz [Doc. 138] are DENIED as moot. The Motion for Summary Judgment [Doc. 130] of Defendant Tariq Farid is also DENIED as moot.

SO ORDERED, this ___30th___ day of August, 2023.

                                                      /s/ Thomas W. Thrash
                                                    THOMAS W. THRASH, JR.
                                                  United States District Judge