UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARD ISLE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>) Case No. 1:21-CV-01971-TWT<br>v. )<br>)<br>EDIBLE ARRANGEMENTS, LLC, )<br>and NETSOLACE, INC., )<br>)<br>Defendants. )<br>) | |

**PLAINTIFF CARD ISLE CORPORATION'S MOTION FOR CERTIFICATION OF THE APRIL 24, 2024 OPINION FOR INTERLOCUTORY APPEAL AND A STAY PENDING APPEAL**

Plaintiff Card Isle Corporation ("Card Isle"), by and through its undersigned counsel, hereby moves pursuant to 28 U.S.C. § 1292(b) to certify for interlocutory appeal the Court's April 24, 2024 opinion and order (the "Opinion"), and a stay pending the interlocutory appeal. In addition to the memorandum of law filed in connection with this motion and fully incorporated herein, Card Isle states as follows:

1. The Opinion from which Card Isle seeks interlocutory appeal granted Card Isle's request for clarification and denied Card Isle's motion for

reconsideration of the Court's August 30, 2023 opinion and order (the "Summary Judgment Opinion").

2. The Summary Judgment Opinion, as clarified by the Opinion, denied Card Isle's motion for partial summary judgment and granted in part defendants Tariq Farid, Edible Arrangements, LLC, and Netsolace, Inc.'s (together, "Edible") motions for summary judgment.

3. By the instant motion, Card Isle requests that the Court certify for interlocutory appeal the Opinion pursuant to 28 U.S.C. § 1292(b).

4. Card Isle also requests that the Court stay this case pending Card Isle's interlocutory appeal.

5. In support of its motion for certification for interlocutory appeal of the Opinion under 28 U.S.C. § 1292(b) and for a stay pending the appeal, Card Isle is filing herewith a memorandum of law.

6. Card Isle sought Edible's consent to the instant motion, but Edible declined to consent.

WHEREFORE, Card Isle respectfully request that this Court grant its motion for certification for interlocutory appeal of the Opinion under 28 U.S.C. § 1292(b) and for a stay pending the appeal.

Dated: May 24, 2024

By: */s/ Andrew L Sandler*
Andrew L Sandler (admitted *pro hac vice*)
Christopher L. McCall (admitted *pro hac vice*)
Mitchell Sandler PLLC
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Telephone:  (202) 886-5292
Email:  cmccall@mitchellsandler.com

Matthew R. Rosenkoff (Ga. Bar No. 842117
Taylor English Duma LLP
1600 Parkwood Circle SE, Suite 400
Atlanta, GA  30339
Telephone:  (770) 434-6868
Email:  mrosenkoff@taylorenglish.com

*Attorneys for Plaintiff Card Isle Corporation*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D) of the United States District Court for the Northern District of Georgia, the undersigned attorney hereby certifies that the foregoing PLAINTIFF CARD ISLE CORPORATION'S MOTION FOR CERTIFICATION OF THE APRIL 24, 2024 OPINION FOR INTERLOCUTORY APPEAL AND A STAY PENDING APPEAL was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman, font, 14 point.

Dated the 24th day of May, 2024.

/s/ *Matthew R. Rosenkoff*
Matthew R. Rosenkoff
Georgia Bar Number 842117

## CERTIFICATE OF SERVICE

I, Matthew R. Rosenkoff, hereby certify that on the 24th day of May, 2024, I electronically filed the foregoing PLAINTIFF CARD ISLE CORPORATION'S MOTION FOR CERTIFICATION OF THE APRIL 24, 2024 OPINION FOR INTERLOCUTORY APPEAL AND A STAY PENDING APPEAL with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this matter.

Dated the 24th day of May, 2024.

/s/ *Matthew R. Rosenkoff*
Matthew R. Rosenkoff
Georgia Bar Number 842117