# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID HENRY AS TRUSTEE OF BETTER GREETINGS CORPORATION LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EDIBLE ARRANGEMENTS, LLC; and NETSOLACE, INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-01971-TWT |

## NOTICE OF WITHDRAWAL OF ATTORNEY CHRISTOPHER L. MCCALL

Pursuant to LR 83.1(E)(4), Plaintiff David Henry as Trustee of Better Greetings Corporation Liquidating Trust ("Plaintiff"), by and through its undersigned counsel of record, hereby submits this Notice of Withdrawal of Attorney Christopher L. McCall and states as follows:

1. Attorney Christopher L. McCall has left the employ of Mitchell Sandler PLLC and will no longer be representing Plaintiff in this case.

- 2 -

2. All other counsel for Plaintiff, including Matthew R. Rosenkoff as local counsel and counsel from the law firm Mitchell Sandler PLLC, will remain on the case and continue representation of Plaintiff.

3. The withdrawal of Christopher L. McCall as counsel for Plaintiff will not delay or interrupt the orderly operation of the Court.

4. Christopher L. McCall has consented to the filing of this notice of withdrawal.

Respectfully submitted this 6th day of May, 2025.

*/s/ Christopher L. McCall*
***Former Attorney for Plaintiff***

*/s/ Ari Karen*
Ari Karen (Georgia Bar No. 407735)      Matthew R. Rosenkoff
Andrew L Sandler (*pro hac vice*)         Georgia Bar Number 842117
**MITCHELL SANDLER PLLC**               **TAYLOR ENGLISH DUMA LLP**
2020 K Street NW, Suite 760             1600 Parkwood Circle SE, Suite 400
Washington, DC 20006                    Atlanta, GA 30339
Telephone: (202) 886-5260               Telephone: (770) 434-6868
akaren@mitchellsandler.com              Facsimile: (770) 434-7376
asandler@mitchellsandler.com            Email: mrosenkoff@taylorenglish.com
***Attorneys for Plaintiff***

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY CHRISTOPHER L. MCCALL** was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman, font, 14 points.

This is the 6th day of May, 2025.

*/s/ Ari Karen*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this day I filed the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY CHRISTOPHER L. MCCALL** using the Court's CM/ECF system which will automatically send an electronic copy of the same to all parties of record.

This 6th day of May, 2025.

*/s/ Ari Karen*