**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Two Week Criminal Trial Calendar commencing **Monday, August 4, 2025,** at **9:30 a.m.** in Courtroom 2108, U.S. Courthouse, 75 Ted Turner Dr., SW, Atlanta, Georgia, Honorable Thomas W. Thrash, presiding. There will be no calendar call. The first case shall appear ready for trial unless otherwise instructed by the Court. Trials will be held during the weeks of August 4, 2025 and August 11, 2025.

**ATTENTION: ALL COUNSEL The Court requires you to provide to the Courtroom Deputy Clerk 3 copies your exhibit and witness lists at the start of trial for use by the Court and clerk during trial. The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double spaced with approximately 1½ inches of space to the left of the exhibit numbers for court use. Additionally, the Court requires electronic filing of your requests to charge prior to the beginning of the trial calendar as directed by the court after this notice.**

In criminal cases, it is the responsibility of counsel to advise the Courtroom Deputy Clerk of the need for any interpretive services so that these may be arranged for any proceeding with the defendant. **Notice is needed immediately so that services can be arranged**.

**EXHIBITS:** Counsel are reminded of our local rules regarding custody of trial exhibits. Any exhibit larger than 8 ½ x 11 will be returned to counsel. Counsel should plan to pick up their exhibits immediately after the close of court on the day of the verdict**. LR 79.1 has changed** in regard to over-sized and non-documentary exhibits and states in part. "Oversized and non-documentary original exhibits will be returned to the parties at the conclusion of the hearing or trial, except for audio and video files. Within ten days following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and non-documentary physical or demonstrative exhibits tendered as evidence at the trial or any hearing, unless otherwise ordered by the court. These photographs and reproductions must be filed electronically by counsel and in paper by *pro se* litigants. The parties must indicate on each photograph or reproduction whether the displayed exhibit was admitted or rejected."

The use of equipment for the presentation of evidence or of evidence other than documents and enlargements of documents at trial must have an order authorizing the bringing in of that equipment into the courthouse. An order must be presented to the Courtroom Deputy Clerk **prior to the date the trial is to begin**. The order should identify the case by style and case number, a list of each piece of equipment and who will be bringing the equipment into the building. These orders have to be on file with the U.S. Marshal's office before the equipment can be taken into the court area.

**Our courtroom is technology equipped**. **If you intend to take advantage of this you must, prior to trial, schedule a training session for yourself or someone on your staff, the court will not allow time for training at the beginning of the trial.**

**Counsel MUST provide a courtesy copy of any documents e-filed just prior to trial or on any day during trial**.

August 4, 2025, TRIAL CALENDAR

|   | CASE NO. | CASE STYLE | NATURE OF SUIT | COUNSEL FOR PLAINTIFF(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|---|---|---|---|
| 1. | 1:22-cv-1806 | John Lewis v. Paul Medford, et al | MOTOR VEHICLE-DAMAGES | Adewale Odetunde, I | Gabriel Logreira Scott Moulton Sandro Stojanovic Foss Baker |
| 2. | 1:21-cv-1971 | David Henry as Trustee of Better Greetings Corporation Liquidating Trust v. Edible Arrangements, et al | THEFT OF INTELLECTUAL PROPERTY | Ari Karen Andrew Sandler Matthew Rosenkoff | Jason Carter Eliza Taylor Solese Altman |
| 3. | 1:23-cv-1701 | Thornton Storage, LLC v. Ready Mix USA, LLC | PROPERTY DAMANGE | John Christy Debra Wilson | Jennifer Simon |
| 4. | 1:24-cv-3887 | Itzel Mandujano v. ACRO, Inc. | DISCRIMINATION & UNLAWFUL TERMINATION | Jesse Lee Kelly, II | Howard Evans |

Dated: July 1, 2025
/s/ Jordyn Holder
Courtroom Deputy Clerk for Judge Thomas W. Thrash, Jr.
jordyn_holder@gand.uscourts.gov
404.215.155